# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2013

_____

Jerome M. Meraz

*Plaintiff - Appellant*

v.

Corporal Tom Mulvaney, WCDC; Corporal Corley, WCDC; Cameron Stout,
WCDC; Corporal Dominick Nunziato, WCDC; Corporal Benjamin Velasco,
WCDC; Corporal Christopher Drumwright, WCDC; Sergeant Randell Fuller, WCDC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: February 6, 2026
Filed: February 11, 2026
[Unpublished]

_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jerome Meraz appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. See Morris v. Cradduck, 954 F.3d 1055, 1058 (8th Cir. 2020) (grant of summary judgment is reviewed de novo). Accordingly, we affirm, and we deny Meraz's pending motions as moot. See 8th Cir. R. 47B.

_____

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.